-1-

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

MARTHA LIIV,

Plaintiff,

vs.

EXEMPLA LUTHERAN MEDICAL CENTER,

Defendant.

---

## PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

---

NOW COMES the plaintiff, Martha Liiv, by and through her attorney, Brice A. Tondre, and for her original complaint and jury demand alleges as follows:

### PARTIES

1. Plaintiff Martha Liiv is a citizen of the state of Texas.

2. Defendant Exempla Lutheran Medical Center is a hospital corporation with its principal place of business located in the State of Colorado.

### JURISDICTION

3. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332 in that the parties hereto are citizens of different states and the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs.

## FIRST CLAIM FOR RELIEF
### (Negligence)

4. Plaintiff was admitted to the care of Exempla Lutheran Medical Center on February 16, 2006.

5. Between February 16, 2006, and March 11, 2006, Plaintiff demonstrated that, because of her condition with respect to which she was hospitalized, she was at risk for falling. It was the duty of Exempla Luthern Medical Center to take all reasonable and necessary precautions to protect Plaintiff from falling.

6. On March 11, 2006, the nurse or nurses and/or other personnel employed by Exempla Lutheran Medical Center who were assigned to care for Plaintiff left Plaintiff unattended on the toilet.

7. While unattended on the toilet, Plaintiff fell from the toilet and fractured her hip.

8. The Exempla Lutheran Medical Center nurses and/or other personnel in charge of Plaintiff's care on March 11, 2006, when she fell from the toilet and fractured her hip were acting within the course and scope of their employment by Exempla Luthern Medical Center when they left Plaintiff unattended.

9. Leaving Plaintiff unattended on the toilet was negligent.

10. The negligence of Defendant by and through its nurses and/or other personnel caused Plaintiff to suffer a fractured hip which necessitated two surgeries to repair.

11. After the surgical repair, Plaintiff remained in the hospital until her discharge on or about June 5, 2006. Thereafter and continuing to this date, and expected to

12.  The negligence of Exempla Lutheran Medical Center, by and through its nurses and/or other personnel, has proximately caused Plaintiff to suffer economic and non-economic damages, disfigurement and disability.

WHEREFORE, Plaintiff prays that the Defendant be cited to appear and answer herein, and that, upon trial of this matter, Plaintiff be awarded judgment for the damages found by the trier of fact,  that she be awarded her costs incurred in prosecuting this action, that she be awarded prejudgment interest and post-judgment interest allowed by law and that she be granted such other and further relief as the Court deems appropriate in the circumstances.

PLAINTIFF DEMANDS TRIAL TO A JURY AS GUARANTEED BY THE CONSTITUTION OF THE UNITED STATES AND PRESERVED BY RULE 38 F.R.C.P.

/s/ Brice A. Tondre
Brice A. Tondre
215 South Wadsworth Blvd. #500
Lakewood, Colorado 80226
 (303) 296-3300
(303) 238-5310 (facsimile)
briceatondrepc@msc.com
ATTORNEY FOR PLAINTIFF

Address of Plaintiff:

5915 County Road 456
Stevenville, TX 76401