UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00373-RPM-CBS

MARTHA LIIV,

      Plaintiff,

vs.

EXEMPLA LUTHERAN MEDICAL CENTER,

      Defendant.
_____

**ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION
OF SCHEDULING ORDER**
_____

Plaintiff's Unopposed Motion for Modification of Scheduling Order came on regularly for consideration, the court noting that the motion is unopposed and good cause appearing, it is

ORDERED that the Scheduling Order be, and it hereby is modified to provide that the party with the burden of proof on an issue designate experts on or before November 1, 2008, that contradicting experts be disclosed on or before December 1, 2008 and that Rebuttal experts be disclosed on or before December 15, 2008.

Entered this 29th day of August, 2008.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge