IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00373-RPM

MARTHA LIIV,

    Plaintiff,

v.

EXEMPLA LUTHERAN MEDICAL CENTER,

    Defendant.

---

ORDER MODIFYING SCHEDULING ORDER

---

Upon consideration of the Unopposed Motion for Modification of Scheduling Order [11], it is

ORDERED that the Scheduling Order is modified to permit disclosure of contradicting experts on December 15, 2008, and Rebuttal Experts on or before December 29, 2008.

Dated: November 26, 2008

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge