IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv-00373-RPM-CBS

MARTHA LIIV,

Plaintiff,

v.

EXEMPLA LUTHERAN MEDICAL CENTER,

Defendant.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

Pursuant to the Parties' Stipulation for Dismissal with Prejudice [16], filed on April 27, 2009, it is

ORDERED that all claims of the Plaintiff against Defendant Exempla Healthcare, Inc. d/b/a Exempla Lutheran Medical Center are hereby dismissed with prejudice, with each party to pay its own fees and costs.

DATED this 28th day of April, 2009.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge